# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1992
LT Case No. 2016-000010-CF

_____

HAROLD SWIFT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Harold Swift, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.

April 2, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MAKAR, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____